Case 1:22-mj-00233-MAU   Document 1-

Case: 1:22–mj–00233
Assigned To : Magistrate Judge Upadhyaya, Moxila A.
Assign. Date : 10/27/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

Your affiant is currently assigned to the Federal Bureau of Investigation (FBI)/MPD Child Exploitation Task Force where my duties include investigations pertaining to the sexual exploitation of children and on-line offenses involving children, including the production, transportation, distribution, receipt and possession of child pornography. I have been a member of the Metropolitan Police Department in the District of Columbia since 1994. In 2000, I was promoted to Detective Grade 2. In May of 2021, I retired from the Metropolitan Police Department and in August of 2021, I returned to the Metropolitan Police Department as a sworn senior law enforcement officer. During my 27- year tenure with the Metropolitan Police Department, I have been assigned to the Third District patrol Operations and Prostitution Enforcement Unit, and, since 2000, to the youth Investigations Division. I am currently assigned to the Northern Virginia Regional Internet Crimes Against children (ICAC) Task Force. I have received training in numerous areas relating to child exploitation, including the following training: Family Violence and Child Protection, Basic Investigator Course, Interview and Interrogation, Sexual Assault Nurse Examination, Children's Hospital Conference on Responding to Child Maltreatment, Child Abuse and Child Exploitation Investigation Techniques, Undercover Internet Crimes Against Children (ICAC) Investigations Course, and Image Scanning. I have testified as an expert witness in local and federal courts as it relates to Child Exploitation crimes.   I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations. In November of 2005, I received cross designation training from Immigration and Customs Enforcement (ICE) and the FBI and have participated in numerous online child exploitation investigations and undercover online investigations.

On October 4, 2022, a concerned citizen (hereinafter reporting person) contacted the National Center for Missing and Exploited Children to report that her adult cousin was receiving text messages from an individual using phone number 202-XXX-1460, subsequently identified as the defendant, Kevin E. McCombs (MCCOMBS) The reporting person stated  that this individual sent images of himself touching a female, whom he said   was his 12-year-old niece. According to the citizen, he also sent a video of himself inserting his fingers into the child's vagina.

The reporting person provided law enforcement with clean images of the child MCCOMBS claimed was his niece,  which had been given to her by her cousin, as well as an image depicting the niece wearing a white tank top and a headscarf, and appearing to be asleep. A male's penis can be  seen very close to the child's lips. The reporting person's cousin was also interviewed by law enforcement, and stated that the images and video disturbed her and, as a result, she deleted all of the chats, images, and video MCCOMBS sent to her. Law enforcement was unable to retrieve those files from her phone.

Law enforcement learned through public databases that the cellular phone, with phone number

202-XXX-1460 is serviced by T Mobile. An administrative subpoena sent to T Mobile for this phone number revealed that MCCOMBS is currently listed as the subscriber, with the address 1XXX Benning Road NE # XXX in Washington, DC.

Your affiant reviewed the clean image of the purported 12-year-old niece. In the picture, the child is standing by a door in a hallway of a residence. The child is wearing a headscarf that appears to match the scarf worn by the sleeping child in the image described above. Your affiant reviewed a body worn camera (BWC) from a prior incident at 1XXX Benning Road NE # XXX, Washington DC. The footage depicts officers inside of the apartment. A comparison of the inside of the apartment shown in the BWC and that seen in the image of the child standing in the hallway leads your affiant to believe it is the same location.

On October 26, 2022, your affiant, operating in an office in the District of Columbia, initiated contacted with MCCOMBS in an undercover capacity by sending a text message to 202-XXX-1460. The following is a portion of that text exchange between the undercover officer (UC) and MCCOMBS:

UC: Hey man what up

UC: Got your number from this lil freak on Website A[1]. I think we are into the same shit (devil emoji)

On October 27, 2022, the MCCOMBS responded back to the UC. The following is a portion of that chat exchange:

MCCOMBS:  Tf

MCCOMBS: Who gave you my number

UC: Some freak I met on Website A

MCCOMBS: What you mean into same shit

UC: Virgin yng

MCCOMBS: Prove it

MCCOMBS: Show me sumn

UC: I will if you will

MCCOMBS: I will but I asked first

---

[1] The actual name of Website A is known to law enforcement. It is being sanitized here to protect the integrity of ongoing investigations.

MCCOMBS: show me some yng

UC: Cool I will my daughter is 8 is that ok let me look

MCCOMBS: Yea you got nudes or videos or her naked

MCCOMBS: [sends a video depicting a black male masturbating over a black female whose age is hard to determine. The male inserts his penis into her vagina and has vaginal intercourse with her]

During the course of the text communication, the UC sent images of his purported 8-year-old daughter.[2] MCCOMBS then sent the UC videos and images depicting the sexual abuse of children that he stated he received from other people. He also sent the UC images and video of children whom he said were his nieces and nephew. During the course of the chat, MCCOMBS stated that he "got 3 nieces. My oldest I play awake." With respect to his 11-year-old niece, MCCOMBS stated that he had "ate her Nd made her suck Nd fingers both holes real deep."

The following is a description of the images and videos sent by MCCOMBS to the UC of the children he claims are his nieces and nephews:

- MCCOMBS sent three videos showing a female whom he described as his 13-year-old niece. The first video depicts a black male putting his penis into the mouth of a black female. The male has a tattoo which appears to be on his right forearm. The second video depicts a nude black female sitting on nude black male's lap.. The male is penetrating the female's vagina with his penis. The individuals' faces are not shown. The third video depicts a female lying on her back on a mattress with no sheet. A black male can be seen penetrating her vagina with his penis. The black male has some sort of tattoo on what appears to be his left forearm. The individuals' faces are not shown.

- MCCOMBS also sent the UC a video of a child whom he described as his 7-year-old nephew. The video depicts a prepubescent boy, lying on his back fully nude. The video shows close up of the child's anus. The video shows what appears to be semen oozing out of the child's anus.

- MCCOMBS sent the UC a video depicting a black male inserting his fingers into a black female's vagina. MCCOMBS described the female in this video as his 11-year-old niece. MCCOMBS sent another video of this child he claims is his 11-year-old niece. In this video, a male is spreading open a female's bare vagina. The child has a white substance on her vagina. At the end of the video, the male pans the video towards himself and films his face. The person's face matches previous photos of MCCOMBS obtained by law enforcement. In the background of the video, a headboard and black and white bedding are

---

[2] The images sent by the UC did not depict a real child.

visible.

MCCOMBS sent additional images and videos of child pornography that he claimed to have received from other individuals. The following are a few examples of he visual depiction that he sent to the UC:

1. an image of a toddler female. The toddler is nude from the waist down and her legs are spread. The focus if the image is on the toddler's bare vagina.

2. an image showing a preteen minor child with the child's mouth on an adult penis. The side of the child's face is visible as well has her hand. Based on the size of her hand and child like facial features she appears to be a single-digit-aged.

3. a prepubescent child being vaginally penetrated by an adult penis. The child's vagina is not fully developed and there is no hair growth. The child appears to be single digit aged;

4. Another image depicting a different preteen minor child with the child's mouth on an adult penis. Based on the child's flat chest and child like facial features she appears to be single-digit-aged.

## CONCLUSION

Based on the aforementioned facts, there is probable cause to believe that KEVIN MCCOMBS has committed the following offenses: 18 USC § 2252(a)(2) (Distribution of Child Pornography) on October 27, 2022.

Respectfully submitted,

_____
Timothy Palchak
Detective, Metropolitan Police Department
TFO Federal Bureau of Investigation

Subscribed and sworn telephonically before me in accordance with the requirements of Fed. R. Crim. P. 4.1 on October 27, 2022.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE